IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIAM B. CORLEY,

        Plaintiff,

   v.

GRAY DAVIS, Governor of the
State of California, et al.,

        Defendant.
_____/

No.   CIV.S-03-1447 LKK DAD PS

<u>ORDER SETTING STATUS
(PRETRIAL SCHEDULING)
CONFERENCE</u>

       This action has been assigned to United States District Judge Lawrence K. Karlton and, pursuant to Local Rule 72-302(c)(21), has been referred to Magistrate Judge Dale A. Drozd for all purposes encompassed by that provision.

       Pursuant to the provisions of Federal Rule of Civil Procedure 16, as amended, effective December 1, 1993, IT IS ORDERED:

       1.   A Status (Pretrial Scheduling) Conference is set for **June 24, 2005, at 11:00 a.m.**, in Courtroom No. 27, before Magistrate Judge Drozd.

1

      2. All parties shall appear at the Status Conference by counsel, or in person if acting without counsel.  Parties may appear at the conference telephonically.  To arrange telephonic appearance, parties shall contact Pete Buzo, the courtroom deputy of the undersigned magistrate judge, at (916) 930-4128.

      3. The parties shall submit to the court, no later than seven days before the Status (Pretrial Scheduling) Conference, a status report addressing the following matters:

    a. Progress of service of process;

    b. Possible joinder of additional parties;

    c. Any expected or desired amendment of the pleadings;

    d. Jurisdiction and venue;

    e. Anticipated motions and the scheduling thereof;

    f. Anticipated discovery and the scheduling thereof, including disclosure of expert witnesses;

    g. Future proceedings, including setting appropriate cut-off dates for discovery and law and motion, and the scheduling of a final pretrial conference and trial;

    h. Modification of standard pretrial procedures specified by the rules due to the relative simplicity or complexity of the action;

    i. Whether the case is related to any other case, including matters in bankruptcy;

    j. Whether the parties will stipulate to the magistrate judge assigned to this matter acting as settlement judge,

2

```
                    waiving any disqualifications by virtue
                    of his so acting, or whether they
                    prefer to have a Settlement Conference
                    before another judge;

          k.        Any other matters that may add to the
                    just and expeditious disposition of
                    this action; and

          l.        Whether the parties intend to consent
                    to proceed before a United States
                    Magistrate Judge.
```

DATED: April 21, 2005.

                        /s/ Dale A. Drozd
                        DALE A. DROZD
                        UNITED STATES MAGISTRATE JUDGE

DAD:lg:th
DDad1\orders.prose\corley1447.ossc(2)