IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM B. CORLEY,<br><br>      Plaintiff,<br><br>  v.<br><br>GRAY DAVIS, et al.,<br><br>      Defendants.<br>_____/ | No.  CIV.S-03-1447 LKK DAD PS<br><br><br><br>ORDER |

        Pursuant to the stipulation filed by the parties on April 25, 2006, and in light of the prospect of the settlement of this matter, IT IS HEREBY ORDERED that:

        1.  The remaining dates in the Status (Pretrial Scheduling) order filed July 5, 2005, are vacated;

        2.  A further Status (Pretrial Scheduling) Conference is **SET** for **May 5, 2006**, at **11:00 a.m.** in Courtroom no. 27.  Any party may appear at the status conference by telephone by contacting Pete Buzo at (916) 930-4128; and

/////

1

1        3.  Not less than three (3) days before the status
2   conference each side shall file a status report addressing the status
3   of this matter and proposing a revised schedule for this case,
4   including proposed dates for an early settlement conference.
5   DATED: April 28, 2006.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

```
DAD:th
Ddad1/orders.prose/corley1447.vacate
```