IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIAM B. CORLEY,                    No.  CIV.S-03-1447 LKK DAD PS

      Plaintiff,

  v.                                   ORDER

GRAY DAVIS, et al.,

      Defendants.
_____/

      This matter came before the court on May 5, 2006, for a further Status (Pretrial Scheduling) Conference.  Andrea M. Miller appeared on behalf of plaintiff.  David A. Carrasco appeared on behalf of defendants.

      Having considered the joint status report filed by the parties, and after hearing from counsel, for the reasons discussed on the record during the hearing, IT IS HEREBY ORDERED that:

      1.  The Status (Pretrial Scheduling) Order filed July 5, 2005, is modified as follows:

/////

        All law and motion except as to discovery is left open, save and except that it shall be conducted so as to be <u>completed</u> by **September 8, 2006.**

        The Final Pretrial Conference is **RE-SET** for **November 6, 2006, at 1:30 p.m.,** before the Honorable Lawrence K. Karlton.

        Trial is **RE-SET** for **February 6, 2007, at 10:30 a.m.** before the Honorable Lawrence K. Karlton.

    2.   An early settlement conference is **SET** for **July 19, 2006, at 9:00 a.m.** before the undersigned magistrate judge. Settlement conference statements shall be delivered to the chambers of the undersigned on or before **July 17, 2006.**

    3.   The Status (Pretrial Scheduling) Order filed July 5, 2005 remains in effect in all other respects.

DATED: May 9, 2006.

                                /s/ Dale A. Drozd
                                DALE A. DROZD
                                UNITED STATES MAGISTRATE JUDGE

DAD:th
Ddad1/orders.prose/corley1447.sched