UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIAM B. CORLEY,

        Plaintiff,

   v.

GOVERNOR GRAY DAVIS, et al,

        Defendant.
_____/

NO. Civ.S-03-1447 LKK/DAD

**ORDER RE DISPOSAL DOCUMENTS AFTER NOTIFICATION OF SETTLEMENT**

    The Court has been informed by the Honorable Dale A. Drozd, United States Magistrate Judge, that the parties have settled the above-captioned case at a settlement conference conducted on July 19, 2006. The court now orders that the dispositional documents disposing of the case be filed no later than ninety-five (95) days from the effective date of this order.

    All hearing dates heretofore set in this matter are hereby **VACATED**.

////

////

1

1  ////
2      <u>FAILURE TO COMPLY WITH THIS ORDER MAY BE GROUNDS FOR THE
3  IMPOSITION OF SANCTIONS ON ANY AND ALL COUNSEL OR PARTIES WHO
4  CONTRIBUTED TO THE VIOLATION OF THIS ORDER.</u>
5      IT IS SO ORDERED.
6      DATED: August 24, 2006.

                                    /s/ Lawrence K. Karlton
                                    LAWRENCE K. KARLTON
                                    SENIOR JUDGE
                                    UNITED STATES DISTRICT COURT